FILED
2013 AUG -7 PM 1:59
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.



**ADOLFO EFREN TAVIRA-ALVARADO (9),**

**Defendants.**

CRIMINAL NO. SA13CR0655XR

**INDICTMENT**

# [SEALED]

**CT 1:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);

**CT 2:** 21:952 & 960(a)(1)- Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);

**CT 3:** 21: 959(a)- Unlawful Distribution of a Controlled Substance (Marijuana) Extra-territorial;

**CT 4:** 21:861(a)(1); 18:2- Employment of Person Under 18 years of Age in Drug Operations; Aiding & Abetting

**CT 5:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);

**CT 6:** 21:952 & 960(a)(1)- Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);

**CT 7:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (methamphetamine);

**CT 8:** 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. §§ 841, 846]

Beginning on or about January 1, 2006 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**ADOLFO EFREN TAVIRA-ALVARADO (9),**

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963]

Beginning on or about January 1, 2006 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the

Defendants,


**ADOLFO EFREN TAVIRA-ALVARADO (9),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

**COUNT THREE**
[21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)]

Beginning on or about January 1, 2006 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,





ADOLFO EFREN TAVIRA-ALVARADO (9),

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1).

## COUNT FOUR
[21 U.S.C. § 861(a)(1) and (b); 18 U.S.C. § 2]

Beginning on or about January 1, 2006 and continuing until on or about the date of this Indictment, in the Western District of Texas, Defendants,



**ADOLFO EFREN TAVIRA-ALVARADO (9),**

being persons at least eighteen (18) years of age, did knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce a person under eighteen (18) years of age, to violate Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960(a)(1), 959, and 963, and did aid and abet the same, in violation of Title 21, United States Code, Section 861(a)(1) and (b) and 18 U.S.C. § 2.

## COUNT FIVE
**[21 U.S.C. §§ 841, 846]**

Beginning on or about December 1, 2007 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



**ADOLFO EFREN TAVIRA-ALVARADO (9),**

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(ii), in violation of Title 21, United States Code, Section 846.

## COUNT SIX
[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]

Beginning on or about December 1, 2007 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



ADOLFO EFREN TAVIRA-ALVARADO (9),

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 5 kilograms or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

## COUNT SEVEN
### [21 U.S.C. §§ 841, 846]

Beginning on or about May 1, 2008 and continuing until on or about date of this Indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,



ADOLFO EFREN TAVIRA-ALVARADO (9),

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(viii), in violation of Title 21, United States Code, Section 846.

## COUNT EIGHT
### [18 U.S.C. §§ 924(c)(1) and (o)]

Beginning on or about January 1, 2008, and continuing through and including the date of

this Indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendants,


ADOLFO EFREN TAVIRA-ALVARADO (9)

knowingly combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is, the **DEFENDANTS** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three, Four, Five, Six, and Seven of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
United States Attorney

MICHAEL C. GALDO
RUSSELL D. LEACHMAN
H. JAY HULINGS
Assistant United States Attorneys