IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAY - 3 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

San Antonio Division

United States of America,
*Plaintiff,*

v.

Adolfo Efren Tavira-Alvarado,
*Defendant.*

Three Rivers F.C.I.
Place of Confinement

16647-380
Prisoner ID Number

SA-13-CR-655(9)-XR/ SA-14-CR-387(1)-XR
Criminal Case Number

## Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

Defendant, Adolfo Efren Tavira-Alvarado, by and through himself and appearing pro se, hereby moves this Honorable Court for a reduction in the sentence imposed in this case on February 26, 2015. This motion is made pursuant to 3582(c)(2) and is based upon Amendment 782 which amended § 2D1.1 of the Sentencing Guidelines which took effect on November 1, 2014. This Amendment changed how the base offense levels in the Drug Quantity Table § 2D1.1 of the Guidelines Manual incorporate the statutory mandatory minimum penalties for such offenses. Specifically, the Amendment reduced by two levels the offense levels assigned to the quantities that trigger the statutory minimum penalties.

All Files and records in this case, and further factual and legal argument and evidence may be presented at a hearing on the matter.

RESPECTFULLY SUBMITTED THIS 29 DAY OF APRIL 2016

_____
Adolfo Efren Tavira-Alvarado

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   U.S. District Court, 655 East Durango Blvd. Room G-65, San Antonio, TX 78206

2. Date(s) of sentence and judgment of conviction:

   February 26, 2015

3. Are you currently in prison for this sentence?

   __X__ Yes  _____ No

4. If so, when is your projected date of release?

   June 08, 2039

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

   No

6. Are you currently on supervised release?  _____ Yes  __X__ No

7. Are you currently in prison because you violated your supervised release?

   _____ Yes  __X__ No

8. Is your case currently on appeal?  _____ Yes  __X__ No

9. Offense(s) for which you were convicted (all counts):

   21 U.S.C. § 841(a)(1) and 846 - Conspiracy to possess with intent

   to distribute 5 kilograms or more of cocaine. Count 1 - SA-14-CR-387-XR

   Pled Guilty to count number 5 in case number SA-13-CR-655-XR

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

   _____Yes    \_\_X\_\_No            _____Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

   \_\_X\_\_Yes    _____No            _____Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

   _____Yes    \_\_X\_\_No            _____Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

   I have completed some of the rehabilitation classes offered by the Federal Bureau Of Prisons such as 1) ESL Class 2) Ink And Pastel Art Class 3) Active Parents 4) Personal Finance 5) Basic Plumbing 6) Basic Electrical Works 7) Basic Math Skills. See attached education transcripts. I have also maintained a spot clean record in prison and have no disciplinary reports.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this 29 of April, 2016.

*Adolfo Efren Tavira A.*
Signature of Defendant

**Adolfo Efren Tavira-alvarado**
Printed Name

**16647-380**
BOP No.

**Three Rivers F.C.I.**
Federal Correctional Institution (if applicable)

**P.O. Box 4200**
Address

**Three Rivers, Texas 78071**
City, State & Zip Code

Adolfo Efren Tavira-Alvarado
Reg. No. 16647-380
Federal Correctional Institution K-B
P.O. Box 4200
Three Rivers, Texas 78071

****Legal Mail***Legal Mail****

United States Distr:
Honorable Judge, Xa\
655 East Durango Bl\
San Antonio, Texas